### COLUMBIA COMMERCIAL BUILDING
### PRODUCTS ACQUISITION LLC
### CASE NO. 21-11027 (BLS)
### CREDITOR MATRIX

MCKEEGAN EQUIPMENT & SUPPLY
COLLEEN MCKEEGAN
8411 RONDA DRIVE
CANTON MI 48187

MCMASTER CARR SUPPLY CO
PO BOX 7690
CHICAGO IL 60680-7690

MIDWEST WHOLESALE HARDWARE
1000 N. CENTURY AVE.
KANSAS CITY MO 64120

DAVE'S HEAT & AIR
PO BOX 947
TERRELL TX 75160

DAVID SHAW
143 BIG BUCK CIRCLE
HUNT TX 780243007

DEAN LOVVORN
4637 PUTNAM DRIVE
PLANO TX 750024

F&G INDUSTRIES
14891 STATE HIGHWAY 205
TERRELL TX 75160

FASTENAL
JOHN CHRISTOPHER
1003 S. GOLIAD ROAD
ROCKWALL TX 75087

CREATIVE DESIGN SOLUTIONS
DBA FAULKNER & ASSOCIATES
P.O. BOX 271743
FLOWER MOUND TX 75027

FEDEX FREIGHT 34055906
DEPT CH
PALATINE IL 60055-0306

FOREL NORTH AMERICA, INC.
1819 BUERKLE ROAD
ST. PAUL MN 55110

FOREL SPA
MARIANNA BOTTURA
VIA PER MONASTIER, 4
VALLIO DI RONCADE 31056
TREVISO, ITALY

FORMS & SURFACES, INC
30 PINE STREET
PITTSBURGH PA 15223

FRANK LOWE RUBBER & GASKET
44 RAMSEY ROAD
SHIRLEY NY 11967

OLDEN ASSOCIATES
312 MYERS ROAD
ROCKWALL TX 75032

OMER H KELECIJA
593 BASS ROAD
ROCKWALL TX 75032

OMI HOIST PARTS, INC.
DBA OMI CRANE SERVICES
P.O. BOX 1719
ROCKWALL TX 75087

VALLEY SOLVENTS & CHEMICALS
GREG TOOMBS
P.O. BOX 18
COMBES TX 78535

VICTORY MARKETING SOLUTIONS
4715 IBERIA AVE., SUITE 200
DALLAS TX 75207

HARRIS COUNTY - TAX ASSESSOR
P.O. BOX 4576
HOUSTON TX 77210-4576

SOLAR SEAL
35 VENTURE DRIVE
STAFFORD VA 22554

HOMASOTE
932 LOWER FERRY ROAD
WEST TRENTON NJ 08628-0240

HP3 SOFTWARE
2591 WEXFORD BAYNE ROAD
SEWICKLEY PA 15143-8676

HUB INDUSTRIAL SUPPLY, LLC
PO BOX 3609
LAKE CITY FLORIDA 32056

HYGRADE METAL MOULDING MFG
1990 HIGHLAND AVENUE
BETHLEHEM PA 18020

KABA ILCO CORP.
400 JEFFREYS ROAD
ROCKY MOUNT NC 27804

DAVID L. KANE, P.C.
5301 VILLAGE CREEK DR SUITE D
PLANO TX 75093

NEW MILLENNIUM GLAZING SYSTEMS
DBA LAKESIDE GLASS
925 E. AIRTEX DRIVE
HOUSTON TX 77073

LINCOLN FINANCIAL GROUP
LAURA VULCANO
P.O. BOX 0821
CAROL STREAM IL 601320821

MARVEL MARKING PRODUCTS, LLC
P.O. BOX 427
SAXONBURG PA 16056

MAVERICK TRANSPORTATION, LLC
P.O. BOX 16173
LITTLE ROCK AR 72231

CITIZENS BANK - MASTERCARD
525 WILLIAM PENN PL
PITTSBURGH, PA 15219

MID AM METAL FORMING, INC.
1108 CENTER ROAD
ROGERSVILLE MO 65742

MILLERWORKS, INC
1122 CR 2241
GREENVILLE TX 75402-5015

MK GLASS CO
3701 W. MARSHELL DRIVE
LONGVIEW TX 75604

NACM SOUTHWEST
751 PLAZA BLVD.
COPPELL TX 75019

NAMI
4794 GEORGE WASHINGTON HWY.
HAYES VA 23072

NATIONAL FENESTRATION
RATING COUNCIL
6305 IVY LANE
GREENBELT MD 20770

NATIONAL FIRE SAFETY COUNCIL
C/O CITY OF ROCKWALL
ROCKWALL TX 75087

NEXTEMP
P.O. BOX 92516
SOUTHLAKE TX 76092

NOVA HEALTHCARE, PA
110 CYPRESS STATION
HOUSTON TX 77090

NORTH TEXAS TOLLWAY AUTHORITY
39025 LBJ SERVICE ROAD
DALLAS, TX 75232

OLD CASTLE BUILDING ENVELOPE
1101 FOUNTAIN PARKWAY
GRAND PRAIRIE TX 75050

PITNEY BOWES/LEASE
PO BOX 371877
PITTSBURG PA 15250-7887

PITNEY BOWES/PURCHASE POWER
PO BOX 371874
PITTSBURGH PA 15250-7874

PLASTECH CORPORATION
PAM WHITE
15606 WRIGHT BROS. DRIVE
ADDISON TX 75001

POLLOCK
ONE POLLOCK PLACE
GRAND PRAIRIE TX 75050

PRO-CRATE & ASSEMBLY
DANIEL EICHEL
PO BOX 536381
GRAND PRAIRIE TX 75053-6381

PRODRIVERS
PO BOX 102409
ATLANTA GA 30368

RAMAPO
4760 GOER DRIVE
NORTH CHARLESTON SC 29406

R.A.S. INDUSTRIES
P.O. BOX 790
COATESVILLE PA 19320

LOEFFLER SUPPLY, LLC
2136 PORTOFINO
ROCKWALL TX 75032

ROBERT TAYLOR
436 EAGLE PASS
ROYSE CITY TEXAS 75189

CITY OF ROCKWALL
385 S GOLIAD
ROCKWALL TX 75087-3737

ROCKWALL CENTRAL APPRAISAL DST
841 JUSTIN ROAD
ROCKWALL TX 75087

ROTO ROOTER
3817 CONFLANS
IRVING TX 75061

ROYSE CITY TIRE
124 E I-30
ROYSE CITY TX 75189

RPM TECHNOLOGY, LLC
P.O. BOX 33186
RENO NV 89533

SALEM FLAT GLASS, INC.
5901 GUN CLUB ROAD
WINSTON - SALEM NC 27103

SAPA EXTRUSIONS, INC
GARY LIVELY
142 SAPA DR
DELHI LA 71232

SAFETY GLAZING CERT. COUNCIL
P.O. BOX 730
SACKETS HARBOR NY 13685

SHARPE PRODUCTS
2550 SOUTH 170TH STREET
NEW BERLIN WI 53151

SHELTON'S WATER REFINING
2708 E RANDOL MILL ROAD
ARLINGTON TX 76011

SOLAR SEAL COMPANY
55 BRISTOL DRIVE #1
SOUTH EASTON MA 02375

S.O.T. ABRASIVES & EQUIPMENT
10750 METRIC DRIVE
DALLAS TX 75243

SOUTHERN ALUMINUM FINISHING
P. O. BOX 744990
ATLANTA GA 30374-4990

SOUTHEASTERN FREIGHT LINES,INC
P.O. BOX 100104
COLUMBIA SC 29202-3104

SOUTHEASTERN LOGISTICS
1 C. TROTTER ROAD
WEST COLUMBIA SC 29169

SOUTHWEST MATERIAL HANDLING CO
PETE KANE
4719 ALMOND AVE
DALLAS TX 75247-6499

SOUTHERN STRETCH FORMING
9070 TEASLEY LANE
DENTON, TX 76210

PPG INDUSTRIES, INC.
10800 S. 13TH STREET
OAK CREEK WI 53154

SUNBELT INDUSTRIAL TRUCKS
1617 TERRE COLONY CT.
DALLAS TX 75212

SUPERIOR VENDING & COFFEE
JIMMY DUFFEY
3021 RIDGE ROAD
ROCKWALL TX 75032

NGLIC
C/O SUPERIOR VISION SRVS., INC
P.O. BOX 201839
DALLAS TX 75320-1839

TEXAS COMPTROLLER
10300 NORTH CENTRAL EXPRESSWAY
DALLAS TX 75231

TEXAS DEPT. OF PUB SAFETY
5805 NORTH LAMAR BLVD
AUSTIN, TX 78752-4431

TEXAS FINISHING
1801 SURVEYOR BLVD
CARROLLTON TX 75006

TEXAS GLASS ASSOCIATION
P.O. BOX 170125
AUSTIN TX 78717

TEXAS MPP
2900 HIGHWAY 31 EAST
CORSICANA TX 75110

TXTAG
PO BOX 650749
DALLAS TX 75265-0749

TOTAL FIRE & SAFETY, INC.
7909 CARR STREET
DALLAS TX 75227

TRUE BLUE HEAT & AIR LLC
9753 S. FM 548
ROYSE CITY TX 75189

TRULITE GLASS & ALUMINUM
403 WESTPARK COURT
PEACHTREE CITY GA 30269

TRUTH HARDWARE
P.O. BOX 6301
CAROL STREAM IL 60197-6301

SUPREME CORPORATION
P.O. BOX 848
HICKORY NC 28603

TULCO OIL  INC.
627 112TH ST.
ARLINGTON TX 76011

UNUM LIFE INSURANCE COMPANY
2211 CONGRESS STREET
PORTLAND MA 04122

UNITED PARCEL SERVICE
ACCT #7E4-476
PHILADELPHIA PA 19170-0001

URBAN ENGINEERING, INC.
2700 HANOVER STREET
DALLAS TX 75225

U-RENT-IT
1725 T.L. TOWNSEND ROAD
ROCKWALL TX 75032

U.S. BANK EQUIPMENT FINANCE
1310 MADRID STREET
MARSHALL MN 56258-4002

W&B SERVICE COMPANY
501 E HWY 80
SUNNYVALE TX 75182

WATER TREATMENT SOLUTIONS
6 MERRILL INDUSTRIAL DRIVE
HAMPTON NH 03842

WEAVER'S GLASS & BUILDING
SPECIALTIES, INC.
60 SOUTH 41ST STREET
HARRISBURG PA 17111-0067

WELLS FARGO EQUIPMENT FINANCE
PO BOX 7777
SAN FRANCISCO CA 94120-7777

WRICO STAMPING CO. OF TEXAS
650 INDUSTRIAL BLVD
GRAPEVINE TX 76051

WRIGHT EXPRESS FLEET SERVICES
P.O. BOX 6293
CAROL STREAM IL 60197-6293

XPO LOGISTICS FREIGHT, INC.
P.O. BOX 5160
PORTLAND OR 97208-5160

YELLOW FREIGHT SYSTEMS, INC.
P.O. BOX 730375
DALLAS TX 75373-0375

HOSE FAST, INC.
2614 INDUSTRIAL LANE
GARLAND TX 75041

LONESTAR FORKLIFT 2017 USA
4213 FOREST LANE
GARLAND TX 75042

LOUISIANA DEPT OF REVENUE
POST OFFICE BOX 4969
BATON ROUGE LA 70821-4969

LUIS MORALES
4123 CEDAR SPRINGS ROAD, APT. 3150
DALLAS, TX 75219

LYONS AIR & HEAT
108 W. INTERURBAN ST.
ROCKWALL TX 75087

1000 BULBS.COM
2140 MERRITT DRIVE
GARLAND TX 75041

225 BBQ, LLC
3014 RAINBOW DR
GRAND PRAIRIE TX 75052

AFLAC
ATTN: REMITTANCE PROCESSING
COLUMBUS GA 31999

AGC GLASS NORTH AMERICA, INC.
1400 LINCOLN STREET
KINGSPORT TN 37660

AIE CASTERS CO. INC
6670 BEST FRIEND ROAD
NORCROSS GA 30071

ALLIED ELECTRONICS INC
P.O. BOX 841811
DALLAS TX 75284-1811

ALLIED WASTE SERVICES
REPUBLIC SERVICES
1450 E. CLEVELAND ROAD
HUTCHINS TX 75141

ALLMETAL, INC.
97142 EAGLE WAY
CHICAGO IL 60678-9710

ARNIM TOOL, INC.
P.O. BOX 59145
DALLAS TX 75229

ARTCRAFT PROMOTIONAL PRODUCTS
1270 GLEN AVENUE
MOORESTOWN NJ 08057

ASHLAND
545 EAST JOHN CARPENTER FRWY.
IRVING TX 75062

AUTOMATIC ID SYSTEMS, LLC
KEVIN DAVIS
P.O. BOX 537
FISHERS NY 14453

AUTOZONE
651 JUSTIN ROAD
ROCKWALL TX 75087

A&W BEARINGS & SUPPLY CO.
PURVIS INDUSTRIES
10500 N. STEMMONS FREEWAY
DALLAS TX 75220

BILLCO MANUFACTURING, INC
100 HALSTEAD BLVD
ZELIENOPLE PA 16063

BINSWANGER GLASS 555
1890 AVE. K
PLANO TX 75074

BROMER, INC.
1865 JEAN MONNET
TERREBONNE QC J6X 4L7

BTM & SLINGS
12155 MORA DRIVE, UNIT #12
SANTA FE SPRINGS CA 90670

BUCKLEY OIL COMPANY
2900 KEMP RANCH CROSSING
MIDLOTHIAN TX 76065

BYSTRONIC GLASS, INC.
ALEC MCNAMARA
13250 E. SMITH ROAD
AURORA CO 80011

C&D COMMERCIAL SERVICES, INC
5030 DEXHAM ROAD SUITE 102
ROCKWALL TX 75088

CENTRAL RUBBER EXTRUSIONS
193 WOODCREST DRIVE
HIGHLAND IL 62249

CODY REEVES
P.O. BOX 64
MILFORD TX 76670

CONTRACTORS DIRECT SOURCE
RANDY
P.O. BOX 1548
CANTON TX 75103

CONISTON USA INC
326 CLAY ROAD
SUNNYVALE TX 75182

CONNERS SALES GROUP
PAUL CONNERS
3522 SOUTHAMPTON DRIVE
JEFFERSONTON VA 22724

CREATIVE PLASTICS
P.O. BOX 128
DALTON GA 30722

CREATIVE PRINT CREW
1119 ROCHESTER ROAD
TROY MI 48083

CREDITSAFE USA, INC.
4635 CRACKERSPORT ROAD
ALLENTOWN PA 18104

CRISTACURVA TECHNOLOGY GLASS
4822 SOUTHERLAND RD.
HOUSTON TX 77092

C. R. LAURENCE CO., INC.
LESLIE HERRELL
950 SOLON RD
WAXAHACHIE TX 75165

CROSSTOWN DELIVERY SERVICE
1628 WEST CROSBY ROAD
CARROLLTON TX 75006-6632

CROWN PACKAGING CORPORATION
11262 LEO LANE
DALLAS TX 75229

DALLAS FLAT GLASS DIST.
1304 CHAMPION CIRCLE
CARROLLTON TX 75006

DALLAS METAL FABRICATORS
BILL JR.
2817 LOGAN ST.
DALLAS TX 75215

DAPA PRODUCTS, INC
3130 INDUSTRIAL PARKWAY
JASPER AL 35501

DE LAGE LANDEN
P.O. BOX 41602
PHILADELPHIA PA 19101-1602

DELL MARKETING LP
PO BOX 643561
PITTSBURGH PA 15264-3561

DELUXE BUSINESS CHECKS
  AND SOLUTIONS
CINCINNATI OH 45274-2572

DEPARTMENT OF FINANCE
TREASURY DIVISION - AUDIT UNIT
201 W. COLFAX AVE. #1009
DENVER CO 80202

DESIGN STORAGE & HANDLING
P. O. BOX 90
FREDERICKSBRUG VA 22404

DLUBAK SPECIALTY GLASS
520 CHESTNUT STREET
BLAIRSVILLE PA 15717

DOCUMENT CONCEPTS, INC.
1040 MANTUA PIKE
WENONAH NJ 08090

DOMINO AMJET INC.
1290 LAKESIDE DRIVE
GURNEE IL 60031

DOOR & FRAME SOLUTIONS
11052 SHADY TRAIL
DALLAS TX 75229

DORMA USA, INC.
570 LAUSCH LANE
LANCASTER PA 17601

EDGEWORKS
1874 DOW LANE
SOUTH HAVEN MI 49090

EFFECTIVE ENVIRONMENTAL, INC.
JASON STABLIER
2515 S. BELTLINE ROAD
MESQUITE TX 75181

TRELLEBORG
1780 MILLER PARKWAY
STREETSBORO OH 44241

EQUIPMENT DEPOT DALLAS
1400 S. LOOP 12
DALLAS TX 75060

ESTES
P.O. BOX 25612
RICHMOND VA 232605612

EUGENE SILVA
4123 CEDAR SPRINGS ROAD, APT. 3150
DALLAS, TX 75219

EVOQUA WATER TECHNOLOGIES LLC
10875 KEMPWOOD DRIVE
HOUSTON TX 77043

EVO SYSTEMS LLC
727 POST ROAD EAST
WESTPORT CT 06880

EXPRESS EMPLOYMENT PROS.
911 MAIN STREET
GARLAND TX 75040

EXTRUDERS
A DIVISION OF TOWER EXTRUSIONS
930 HENSLEY LANE
WYLIE TX 75098

FENTON NISSAN
1700 E. INTERSTATE 30
ROCKWALL TX 75087

FINZER ROLLER OF ARKANSAS, LLC
300 E LINCOLN ST
SEARCY AR 72143

FIRST CHOICE BUILDING PRODUCTS
MIKE MURRAY
420 BONNIE LN.
ELK GROVE VILLE IL 60007

FIRESTONE
535 MARRIOTT DRIVE
NASHVILLE TN 37214

FISHER & PHILLIPS LLP
PO BOX 117253
ATLANTA GA 30368-7253

FLEXCON INDUSTRIAL, LLC
6110 RITTIMAN ROAD
SAN ANTONIO TX 78218

FRESH LINK, LTD
FANG LIU
511 THOMSON PARK DRIVE
CRANBERRY TOWNSHIP PA 16066

FUSION CERAMICS, INC.
ICA NORTH AMERICA
P.O. BOX 127
CARROLLTON OH 44615

GEORGE FORD AND SONS, INC
900 E MERMAID LANE
WYNDMOOR PA 19038

GEXA ENERGY
SCOTT BEAVERS
20455 STATE HWY. 249
HOUSTON TX 77070

GIFFORD SPRING
219 GOLD
GARLAND TX 75042

GLASTON AMERICA, INC.
ANDREW GRIFFIN
6000 COMMERCE PARKWAY, SUITE D
MT. LAUREL NJ 08054

W W GRAINGER, INC
DEPT 824904056
KANSAS CITY MO 641416267

MATT GREEN
2002 COOPER RIDGE LANE
FORNEY TX 75126

GREENVILLE STEEL LTD
2569 I-30 WEST
GREENVILLE TX 754029724

SAFETY-KLEEN SYSTEMS, INC.
42 LONGWATER DRIVE
NORWELL MA 02061-9149

SAF-T-GLOVE, INC.
1121 FOUNTAIN PKWY.
GRAND PRAIRIE TX 75053-5219

SAIA MOTOR FREIGHT
PO BOX 730532
DALLAS TX 753730532

MCFARLAND MACHINE SHOP
JEFFERY ARNETT
682 SE CR 1060
CORSICANA TX 78109

M&M PLASTICS
4820 NW 128TH STREET
OPA LOCKA FL 33054

MONARCH GLASS & METAL DESIGNS
247 RT.33 EAST
MANALAPAN NJ 07726

MORSE INDUSTRIES
ERIKA BOSWELL
PO BOX 25188
OKLAHOMA OK 731250188

AAA COOPER TRANSPORTATION
P.O. BOX 935003
ATLANTA GA 31193-5003

MARK I. BORN, CPA, PC
2235 RIDGE ROAD
ROCKWALL TX 75087

TYRONE WETHERS
4602 CAMDEN BROOK LANE
KATY TX 77494

ULINE SHIPPING SUPPLY SPEC.
2200 S. LAKESIDE DRIVE
WAUKEGAN IL 60085

ULTRA FAB, INC.
ATTN: ACCOUNTS RECEIVABLES
1050 HOOK ROAD
FARMINGTON NY 14425

UNITED RENTALS
4201 WEST INTERSTATE 30
GREENVILLE TX 75402

ALPINE LUMBER SALES 2018, LLC
P.O. BOX 374
WILLIS TX 77378

ALTERNATIVE BUSINESS SYSTEMS
635 PARK MEADOW ROAD
WESTERVILLE OH 43081

ALVAPLAST US DEVELOPMENT
SANTIAGO DIAZ GARCIA
1480 JUSTIN ROAD
ROCKWALL TX 75087

ATMOS ENERGY
P.O. BOX 790311
ST. LOUIS MO 63179-0311

CADENHEAD SERVIS GAS
5940 HIGHWAY 276
ROYCE CITY TX 75189-5750

GUARDIAN INDUSTRIES CORP
3801 S HIGHWAY 287
CORSICANA TX 75109

G WELDING CONTRACTOR CORP
10226 NW 80TH AVENUE
HIALEAH GARDENS FL 33016-2308

SLAYTON ENTERPRISES
9624 BEECHWOOD COURT
BRENTWOOD TN 37027

TRISTAR GLASS PRODUCTS
1790 WESTPARK DRIVE
GRAND PRAIRIE TX 75050

GARLAND WELDING SUPPLY
PRAXAIR DISTRIBUTION, INC.
4270 EAST INTERSTATE 30
ROCKWALL TX 75087

GASKET MANUFACTURING CO.
MAUREEN LABOR
18001 S. MAIN STREET
GARDENA CA 90248-3530

STAPLES CONTRACT & COMMERCIAL
500 STAPLES DRIVE
FRAMINGHAM MA 01702

STAR SPECIALTIES
1204 SEQUOIA ROAD
CHERRY HILL NJ 08003

STEEL CAT CONSTRUCTION, INC.
3975 NE CR 0080
CORSICANA TX 75109

STEWART STAINLESS SUPPLY, INC.
3660 SWIFTWATER PARK DRIVE
SUWANEE GA 30024

BRUCE SCHIRMER
504 LAS LOMAS
HEATH TX 75032
RYDER TRANSPORTATION SERVICE
PO BOX 96723
CHICAGO IL 60693-6723

RYDER1
PO BOX 96723
CHICAGO IL 60693-6723

ALBAT & WIRSAM NORTH AMERICA
P.O. BOX 83406
CHICAGO IL 60691-3406

ALERE ESCREEN
RANDOM ENROLLMENT
7500 W. 110TH STREET
OVERLAND PARK KS 66210

HARRIS CO. TOLL ROAD AUTHORITY
VIOLATIONS
DEPT 1
HOUSTON TX 77210-4440

HEGLA CORPORATION
1285 RUM CREEK PKWY
STOCKBRIDGE GA 30281

LIGHT BULB DEPOT
DAVID SPURLOCK
3409 E. JOHN CARPENTER FRWY.
IRVING TX 75062

LEADER HARDWARE MFG. CO LTD
NO.1, 8TH STREET, CHANGLONG
TAISHAN CITY GUANGDONG

LEGAL SHIELD
P.O. BOX 2629
ADA OK 74821-2629

COLUMBIA COMMERCIAL BUILDING
1200 E WASHINGTON ST.
ROCKWALL TX 75087

CEM-TEX CONCRETE
405 WEST VISTA DRIVE
GARLAND TX 75041

CHANEY PAPER PRODUCTS
1216 INDUSTRIAL DRIVE
ROYSE CITY TX 75189

BANKER'S EQUIPMENT CO.
CITIZENS RDC AUE RENEWAL
45 SOUTH STREET
HOPKINTON MA 01748

BARTON INTERNATIONAL
SIX WARREN STREET
GLENS FALLS NY 12801

BAYTEX GLASS
4529 BRITTMOORE RD
HOUSTON TX 77041

VITRO FLAT GLASS
P.O. BOX 530041
ATLANTA GA 30353-4998

PRECISION SHEET METAL PRODUCTS
2650 OBSERVATION TRAILS
ROCKWALL TX 75032

PRECISION MOLDED PLASTICS
880 W. 9TH STREET
UPLAND CA 91786

PRIME-LINE PRODUCTS / SLIDE-CO
26950 SAN BERNARDINO AVENUE
REDLANDS CA 92374

PROPERTY & CASUALTY MANAGEMENT
10000 NORTH CENTRAL EXPRESSWAY
DALLAS TX 75231

PURVIS INDUSTRIES
10500 N. STEMMONS FREEWAY
DALLAS TX 75220

QUALITY COMPRESSOR
SEAN MCDONALD
P.O. BOX 821
MANSFIELD TX 76063

INGERSOLL RAND COMPANY
15768 COLLECTION CENTER DRIVE
CHICAGO IL 60693

INNOVATIVE IDM
1625 WALLACE DR., STE. 110
CARROLLTON TX 75006

INNOVATIVE POLISHING SYSTEMS
2810 S.E. MONROE STREET, #B-8
STUART FL 34997-5901

INTERTEK BUIDLING & CONST.
1909 10TH STREET
PLANO TX 75074

INTERNATIONAL DOOR CLOSERS,INC
4431 EAST LA PALMA AVE.
ANAHEIM CA 92807

PERFECT SCORE TECHNOLOGIES
4012 BRONZE WAY
DALLAS TX 75237

PERFECTION SERVO HYDRAULICS
JOHN CANGELOSI
1174 113TH STREET
GRAND PRAIRIE TX 75050

PHIFER INCORPORATED
P.O. BOX 945823
ATLANTA GA 30394-5823

PHOENIX ARCHITECTURAL HARDWARE
1109 TECHNOLOGY DRIVE
INDIAN TRAIL NC 28079

PILKINGTON
811 MADISON AVENUE
TOLEDO OH 43697-0799

CALIBER TECHNOLOGIES
605 POOLE DRIVE
GARNER NC 27529

CALVARY INDUSTRIES, INC.
9233 SEWARD ROAD
FAIRFIELD OH 45014

CALDWELL MANUFACTURING COMPANY
NORTH AMERICA, LLC
PO BOX 92891
ROCHESTER NY 14692-8991

PAUL CALABRESE
707 N. ALAMO
ROCKWALL TX 75087

CANON FINANCIAL SERVICES
14904 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0149

CAPITAL ELECTRIC MOTOR SERVICE
9109 SOVEREIGN ROW
DALLAS TX 75247

CHOPTANK TRANSPORT
3601 CHOPTANK RD.
PRESTON MD 21655

CIGNA
CANDACE GAINES
PO BOX 644546
PITTSBURG PA 15264-4546

CINTAS FIRST AID & SAFETY 0487
850 FREEPORT PKWY.
COPPELL TX 75019

CINTAS CORPORATION
AMY HUGHES
5280 INVESTMENT DRIVE
DALLAS TX 75236

AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM IL 60197-6463

EULESS POLICE DEPARTMENT
CITY OF EULESS MUNICIPAL COURT
1102 W. EULESS BLVD.
EULESS TX 76040

KAT'S GLASS, LLC
DBA CITY GLASS
901 E. HOUSTON ST.
CLEVELAND TX 77327

TB PHILLY, INC.
400 THOMS DRIVE
PHOENIXVILLE PA 19460

BLUE CROSS & BLUE SHIELD
  OF ALABAMA
PAYMENT PROCESSING
BIRMINGHAM AL 35236-0037

BLUE CROSS & BLUE SHIELD
OF ALABAMA
PAYMENT PROCESSING
BIRMINGHAM AL 35236-0037

BDM PRODUCTS, INC
BRUCE MIKELS
404 WEST MAIN STREET
ENDICOTT NY 13760

BEDROCK LOGISTICS, LLC
2501 N. HARWOOD
DALLAS TX 75201

BENTELER MASCHINENBAU GMBH
FRACHTSTRABE 10-16
33602 BIELEFELD
GERMANY

JE BERKOWITZ, LP
ONE GATEWAY BOULEVARD
PEDRICKTOWN NJ 08067

ROCKWALL COUNTY
KIM SWEET
TAX ASSESSOR COLLECTOR
ROCKWALL TX 75087-3787

ROCKWALL ECONOMIC DEVELOPMENT
2610 OBSERVATION TRAIL
ROCKWALL TX 75032

ROCKWOOD MANUFACTURING CO.
300 MAIN STREET
ROCKWOOD PA 15557

JAM DISTRIBUTING CO.
7010 MYKAWA
HOUSTON TX 77033

JAMES INDUSTRIAL CONTRACTING
550 HARDY AVE.
CORSICANA TX 75110

JAMAR PARK
4207 MURRAY AVE
PITTSBURGH PA 15217-2999

CUSTOM METAL FABRICATIONS
2220 REESE LANE
AZLE TX 76020

D & R SAW & TOOL, INC.
11060 HARRY HINES BLVD.
DALLAS TX 75229

KELLEY'S GLASS AND MIRROR
1220 ROCK ISLAND ROAD
IRVING TX 75060

KEVIN CARTER
1227 BROOKFIELD LN
MANSFIELD TX 76063

KIMBRELLS' KUSTOM MACHINE SHOP
P.O. BOX 8782
GREENVILLE TX 75404

KLEIMAN LAWRENCE FITZGERALD LL
8350 N. CENTRAL EXPRESSWAY
DALLAS TX 75206

KMPARTS.COM, INC.
18215 PAULSON DRIVE
PORT CHARLOTTE FL 33954

DOW CORNING CORPORATION
2200 W. SALZBURG ROAD
MIDLAND MI 48686-0994

D & R CONSTRUCTION
RORY REEVES
1460 N. HWY. 77
ITALY TX 76651-0553

DUSTIN DICKMANN
1400 RIVERY BLVD APT #3201
GEORGETOWN TX 78628

DWAIN PETTY STAPLES AND NAILS
DWAIN PETTY
1120 N. FIRST STREET
GARLAND TX 75040

STRAINOPTICS, INC.
108 W. MONTGOMERY AVE.
NORTH WALES PA 19454

STRIDE STAFFING
2218 S. JUPITER ROAD, #102
GARLAND TX 75041

JK MOORE ENTERPORSES LLC
17268 C.R. 2203
ARP TX 75750

JLM WHOLESALE, INC.
1501 SUMMIT AVE
PLANO TX 75074

YOLANDA AGUIRRE
7901 MARQUETT DRIVE
ROWLETT TX 75089

ZEE MEDICAL
2429 WALNUT RIDGE STREET
DALLAS TX 75229-4429

NATIONAL NOTARY ASSOCIATION
9350 DE SOTO AVENUE
CHATSWORTH CA 91313-2402

NCS CONST. SERVICE GROUP
PO BOX 24101
CLEVELAND OH 44124

NEW BENEFITS, LTD.
P.O. BOX 803475
DALLAS TX 75380

TENNANT SALES & SERVICE CO.
LOUISVILLE DIST. CENTER
5607 NATIONAL TURNPIKE
LOUISVILLE KY 40214

REESE ENTERPRISES, INC.
16350 ASHER AVE. E
ROSEMOUNT MN 55068-0459

REGENT HARDWARE JOINT VENTURE
1275 SAWGRASS CORPORATE PKWY.
SUNRISE FL 33323

RESOURCE MFG
2145 N. JOSEY LANE, SUITE 120
CARROLLTON TX 75006

ADAMS RITE MANUFACTURING
HANCHETT ENTRY SYSTEMS, INC.
10027 SOUTH 51ST STREET, #102
PHOENIX AZ 85044

ADDISON GLASS & MIRROR
1415 WHITLOCK LANE #100
CARROLLTON TX 75006

EMMEGI USA, INC.
20 MURRAY HILL PARKWAY
EAST RUTHERFORD NJ 07073

EMPLOYMENT SCREENING SERVICES
DEPT. K
BIRMINGHAM AL 35283

EPES LOGISTICS SERVICES, INC
538 NORTH REGIONAL RD
GREENSBORO NC 27425

MAGNUS MOBILITY SYSTEMS
2605 JOE FIELD ROAD
DALLAS TX 75229

EAGLE FORKLIFT SALES & SERVICE
2455 EAST I-30, SUITE B
ROCKWALL TX 75087

TEXAS GLASS ASSOCIATION - NTD
P.O. BOX 541596
DALLAS TX 75354-1596

TGD COMPANY
DBA TRINITY GLASS DOOR
4557 MINT WAY
DALLAS TX 75236

THE AMPERSAND GROUP, LLC
MELODY JUSTICE
1946 S ARLINGTON STREET
AKRON OH 44306

THERMO PLASTICS CORPORATION
4101 HAHN BOULEVARD
FORT WORTH TX 76117

SEAN DOWTY GLASS
31154 FM 429
TERRELL TX 75161

SELECT HINGES
3258 STADIUM PARK WAY
KALAMAZOO MI 49009

SELMA ELECTRIC REPAIR
603 JL CHESTNUT JUNIOR BLVD
SELMA AL 36701

MELRON CORPORATION
8110 TECHNOLOGY DRIVE
SCHOFIELD WI 54476

MERIDIAN PRODUCTS CORPORATION
14005 STEMMONS FREEWAY
DALLAS TX 75234

METLIFE
DEPT. CH 10579
PALATINE IL 60055-0579

METLIFE
DEPT. CH 10579
PALATINE IL 60055-0579

METROPLEX PAVING
149 E. TRIPP ROAD
SUNNYVALE TX 75182

THOMAS CAMPBELL
1808 WINDING TRAIL
CADO MILLS TX 75135

O'NEAL STEEL, INC.
MATTHEW FRIDAY
10848 LUNA ROAD
DALLAS TX 75220

ONIN STAFFING, LLC
1 PERIMETER PARK
BIRMINGHAM AL 35243

ORAZEN EXTRUDED POLYMERS, INC.
4699 LOOMIS PARKWAY
RAVENNA OH 44266

O'REILLY AUTO PARTS
P.O. BOX 1156
SPRINGFIELD MO 65801

ORKIN COMMERCIAL SERVICES
3330 KELLER SPRINGS RD.
CARROLLTON TX 75006-5058

OVERHEAD DOOR CO. OF DALLAS
2617 ANDJON
DALLAS TX 75220

IFM EFECTOR, INC.
1100 ATWATER DRIVE
MALVERN PA 19355

INSULATING GLASS CERT. COUNCIL
IGCC
P.O. BOX 730
SACKETS HARBOR NY 13685

IGE SUPPLY SOLUTIONS, INC
2875 JUPITER PARK DRIVE
JUPITER FL 33458

IGP TOOLS
1477 CONNELLY SPRINGS ROAD
LENOIR NC 28645

INDUSTRIAL SALES
727 POST ROAD E
WESTPORT CT 06880

R & R TEXAS DESIGNS
P.O. BOX 830589
RICHARDSON TX 75083

BOHLE AMERICA, INC.
10924 GRANITE STREET
CHARLOTTE NC 28273

TOM NORTON
5721 SOUTHFORK DR
ROYSE CITY TX 75089

MORPAK SPECIALTIES, INC
TERRY OR JERRY MORGAN
2500 DISCOVERY BLVD.
ROCKWALL TX 75032

MOTION INDUSTRIES, INC.
2221 WEST MOCKINGBIRD LANE
DALLAS TX 75235

MSC INDUSTRIAL SUPPLY CO.
6700 DISCOVERY BLVD.
MABLETON GA 30126

AMESBURY GROUP, INC.
AMESBURY TRUTH STATESVILLE W.
159 WALKER ROAD
STATESVILLE NC 28625

AMERICAN DOOR PRODUCTS
BRENDA SWISHER
7967 BLANKENSHIP
HOUSTON TX 77055

AMERICAN LUMBER, INC.
600 LIBERTY DRIVE
BRYAN TX 77807

CSE AUTOMATION, LLC
7826 CENTECH RD
OMAHA NE 68138-5000

MUNICIPAL SERVICES BUREAU
NETRMA PROCESSING
P.O. BOX 16777
AUSTIN TX 78761-6777

CULLIGAN OF DFW
3201 PREMIER DR STE 300
IRVING TX 75063

SOUTHERN TIRE MART
816 W. MOCKINGBIRD LANE
DALLAS TX 75247

SPARKS CLINIC PA.
103 N. FIRST STREET
ROCKWALL TX 75087-3033

SPECTRUM DESIGNS
WILLIAM M. CANADY JR.
524 MUIRS CHAPEL ROAD
GREENSBORO NC 27410

CONTI SYSTEMS, INC.
1001 SPINKS ROAD
FLOWER MOUND TX 75028

CONCENTRA
OCCUPATIONAL HEALTH CENTERS
OF THE SOUTHWEST, P.A.
ADDISON TX 75001-9005

CORNERSTONE TAX CONSULTING
2235 RIDGE ROAD
ROCKWALL TX 75087

GM & DOOR SERVICES LLC
DBA GLASS MAN & DOOR
6922 LA PASEO STREET
HOUSTON TX 77087

GLASSPRIMER INDUSTRIES USA
JON BUKATY
369 LEXINGTON AVE.
NEW YORK NY 10017

MARCUS LANDINGHAM
705 LAMAR DR
EULESS TX 76039

GLECO PLATING
2200 GRISHAM DRIVE
ROWLETT TX 75088

IMPERIAL USA LTD
GLOBAL DOOR CONTROLS
5808-A LONG CREEK PARK DR.
CHARLOTTE NC 28269

GLOBAL SECURITY GLAZING
616 SELFIELD ROAD
SELMA AL 36703

LASERCUT MACHINING / AQUACUT
MIKE BOLIVER
11261 INDIAN TRAIL
DALLAS TX 75229

ARBILL
10450 DRUMMOND ROAD
PHILADELPHIA PA 19154

ARCH STAFFING GROUP, INC
1420 W. MOCKINGBIRD LANE
DALLAS TX 75247

LONG ARCHITECTURAL SALES
1698 COLORADO DR
LAWRENCEBURG, IN 47025

AMICK ASSOCIATES, INC
11 SYCAMORE ST
CARNEGIE PA 15106-0529

ARCBEST - ABF FREIGHT
PO BOX 560005
DALLAS TX 75356-0005

ACCESS DOOR, INC.
P.O. BOX 517
KEOKUK IA 52632

ACE GLASS, INC.
22161 MARSHALL RD. #A
MANDEVILLE LA 70471-7780


WINDSTREAM
RICH SOMMER
401 PLYMOUTH RD., SUITE 400
PLYMOUTH MEETING PA 19462